AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GUSTAVO QUINTERO | ) | Case No.  3:26mj9 |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

February 11, 2026

Laura A. Austin, Clerk

BY: */s/ K. Lokey*

DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 15, 2026 _____ in the county of _____ Albemarle _____ in the _____ Western _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Sections 111(a)(1) | Assault on federal law enforcement officers |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
s/Benjamin W. Thorn
*Complainant's signature*

Benjamin W. Thorn, Special Agent, HSI
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date:   2/11/26

_____
*Judge's signature*

City and state:     Charlottesville, Virginia

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*