IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,
BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 3:26mj9                                   Date: 2/18/2026

| Defendants: | Counsel: |
|---|---|
| Gustavo Quintero, Custody | Aaron Cook, CJA |

PRESENT:   JUDGE:            Joel C. Hoppe            TIME IN COURT: 10:52-11:05
           Deputy Clerk:     K. Lokey
           Court Reporter:   K. Lokey, FTR
           U. S. Attorney:   Jason Scheff
           USPO:             Jasmine Davis
           Case Agent:       Benjamin Thorn

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance.

## DETENTION

☒ Government moves for detention. (Can be continued for up to 3 days)

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

☒ Preliminary Exam held. Record proceedings, witnesses, etc
☒ Probable cause found. Order will enter.

☒ Defendant(s) remanded to custody.

Additional Information:
All parties present and represented by counsel
Defendant sworn and advised of rights
CJA Cook appointed
Due process notification
Court reviews complaint
Government states penalty range
Notice of District Court Judge right to hear this case
Government calls Special Agent Thorn to testify
Court finds probable cause
Government moves for detention
Defendant does not seek release, but reserves the right to come back
Adjourned